# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20686-CR

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Melvis Ramirez Saiz

Name of Sentencing Judicial Officer: The Honorable Adalberto Jordan, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: December 9, 2009

Original Offense: Count 1: Conspiracy to Commit Credit Card Fraud, 18 U.S.C.§1029(b)(2), a Class D Felony

Count 2: Credit Card Fraud, 18 U.S.C.§1029(a)(2), a Class C Felony

Count 5: Aggravated Identity Theft, 18 U.S.C.§1028A(a)(1), a Class E Felony

Original Sentence: 15 months as to each of counts 1 and 2, to be served concurrently, and 15 months as to count 5, to be served consecutively to counts 1 and 2 custody of the Bureau of Prisons, to be followed supervised release for a period of two (2) years as to each of counts 1 and 2, and one (1) year as to count 5, to run concurrently. Special Conditions: 1) the defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days; 2) the defendant shall provide complete access to financial information; 3) the defendant shall obtain prior written approval from the Court before entering into any self-employment; and 4) $32,936.75 restitution. A $300.00 special assessment was also ordered.

Type of Supervision: Supervised Release          Date Supervision Commenced: April 12, 2011

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in an approved inpatient/outpatient mental health treatment program. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

Respectfully submitted,

by

Melissa R. Bohler
U.S. Probation Officer
Phone: 305-523-5351
Date: August 8, 2012

THE COURT ORDERS:

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

9/24/12
Date