PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 101524

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09cr20686-Rosenbaum

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Melvis Ramirez Sainz

Name of Sentencing Judicial Officer: The Honorable Adalberto Jordan, United States District Judge, Miami, Florida

Name of Reassigned Judicial Officer: The Honorable Robin S. Rosenbaum, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 9, 2009

Original Offense:     Count 1: Conspiracy to Commit Credit Card Fraud, 18 U.S.C. §1029(b)(2), a Class D felony

                          Count 2: Credit Card Fraud, 18 U.S.C. §1029(a)(2), a Class C felony

                          Count 5: Aggravated Identity Theft, 18 USC §1028A(a)(1), a Class E felony

Original Sentence:    Fifteen (15) months as to each of Counts 1and 2, to be served concurrently, and 15 months as to Count 5, to be served consecutively as to Counts 1 and 2, custody of the Bureau of Prisons, two (2) years supervised release as to each of Counts 1 and 2, and one (1) year as to Count 5, to run concurrently. The Court included the following special conditions: 1) The defendant shall maintain full time legitimate employment and not be unemployed for a term of more than 30 days; 2) The defendant shall provide complete access to financial information. 3) The defendant shall obtain prior written approval from the Court before entering into any self-employment; The defendant shall pay restitution $ 32,936.75. A $300.00 special assessment was also imposed.

                          On September 24, 2012, the defendant's conditions of supervision were modified to include the defendant shall participate in an approved inpatient/outpatient mental health treatment program.

Type of Supervision: Supervised Release         Date Supervision Commenced: April 12, 2011

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 101524

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall perform 75 hours of community service as monitored by the U.S. Probation Officer.

## CAUSE

1) **Violation of Standard Condition**, by failing to notify the probation office of a change in residence. On or about November 1, 2012, the defendant moved from her approved residence of 2515 SW 7 Street #8, Miami, Florida, and failed to notify the probation officer 10 days prior to any change.

2) **Violation of Special Condition**, by failing to participate in an approved mental health treatment program. On or about November 2012, the defendant failed to attend her scheduled appointments with Dade Family Counseling as directed by the Court, and monitored by the U.S. Probation Officer.

Respectfully submitted,

by

Betty Menendez-Aponte  
U.S. Probation Officer  
Phone: (305)523-5317  
Date: December 13, 2012

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

12-17-12  
Date