IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No. 09 cr 20686-COOKE**

United States of America,

    Plaintiff,

       v.

Melvis Ramirez Saiz,

    Defendants.

_____/

**NOTICE OF APPEARANCE
AS PERMANENT COUNSEL**

**COMES NOW**, Julio Gutierrez, Esq., and hereby notifies the Court of his appearance as lead counsel for Defendant, Melvis Ramirez Saiz, and requests that copies of all pleadings, notices, and correspondence be furnished to him in accordance therewith.

Respectfully submitted,

By: /s/ Julio Gutierrez
Julio Gutierrez
FBN 602426
jgpa@msn.com
Law Office of Julio Gutierrez, P.A.
2464 S.W. 137 Avenue
Miami, FL  33175
Tel: (305) 325-8600
Fax: (305) 553-9313
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 1st day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel on record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Julio Gutierrez
FL Bar No. 602426